1  Cliff Palefsky (SBN 77683)
   Keith Ehrman (SBN 106985)
2  MCGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA 94133
4  Telephone: (415) 421-9292
   Facsimile: (415) 403-0202
5  CP@mhpsf.com
   keith@mhpsf.com
6
   Michael Rubin (SBN 80618)
7  Connie K. Chan (SBN 284230)
   Raphael N. Rajendra (SBN 255096)
8  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
9  San Francisco, CA 94108
   Telephone: (415) 421-7151
10 Facsimile: (415) 362-8064
   mrubin@altber.com
11 cchan@altber.com
   rrajendra@altber.com
12 *Attorneys for Plaintiff*

13 Mark G. Kisicki, Esq. (SBN 150057)
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART
14 Esplanade Center III, Suite 800
   2415 East Camelback Road
15 Phoenix, AZ  85016
   Telephone: (602) 778-3700
16 Facsimile: (602) 778-3750
   Mark.Kisicki@ogletreedeakins.com
17 *Attorney for Defendant*

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20 | PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated, | Case No. 4:16-cv-05544-HSG
21 | | CLASS ACTION
22 | | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**
23 |      Plaintiffs, |
24 | v. |
25 | MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan, | Hearing Date: February 9, 2017
   | | Time:           2:00pm
26 | | Courtroom:    10
   | | Action Filed:  September 29, 2016
27 | | Trial Date:    None
28 |      Defendants. |

---

Defendants Microchip Technology Incorporated ("Microchip"), Atmel Corporation ("Atmel"), and Atmel Corporation U.S. Severance Guarantee Benefit Program ("Severance Program" and, collectively with Microchip and Atmel, "Defendants") filed their Motion to Dismiss Plaintiff's Class Action Complaint and Motion to Dismiss Defendants Microchip and Atmel Corporation U.S. Severance Guarantee Benefit Program as Defendants on November 16, 2016.  Hearing on this motion is scheduled for February 17, 2017, at 2:00pm.

Plaintiffs Peter Schuman and William Coplin (collectively "Plaintiffs") and Defendants have agreed to extend the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss. Plaintiff's Opposition will be due on December 21, 2016. Defendants' Reply will be due on January 4, 2017.

Dated: November 29, 2016

OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
Attorneys for Defendants

By: /s/  Mark G. Kisicki

McGUINN, HILLSMAN & PALEFSKY and ALTSCHULER BERZON LLP
Attorneys for Plaintiffs

By: /s/  Cliff Palefsky

IT IS SO ORDERED that:

1. Plaintiff's Opposition shall be filed no later than December 21, 2016; and

2. Defendant's Reply shall be filed no later than January 4, 2017.

Dated: November 30, 2016

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA