Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PETER SCHUMAN, an individual, and
WILLIAM COMPLIN, an individual, on behalf of
themselves and on behalf of others similarly situated,
Plaintiff(s),

v.

MICROSHIP TECHNOLOGY INCORPORATED,
a corporation, et al.,
Defendant(s).

Case No: 3:16-cv-005544

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Mark E. Schmidtke, an active member in good standing of the bar of Indiana, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Defendants in the above-entitled action. My local co-counsel in this case is Mark G. Kisicki, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>56 S. Washington St., Suite 302<br>Valparaiso, IN 46383 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>2415 E. Camelback Rd., Suite 800<br>Phoenix, AZ 85016 |
| MY TELEPHONE # OF RECORD:<br>(219) 242-8668 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(602) 778-3750 |
| MY EMAIL ADDRESS OF RECORD:<br>mark.schmidtke@ogletreedeakins.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mark.kisicki@ogletreedeakins.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1733-45.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/21/16

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark E. Schmidtke is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/6/2016

DENIED
Judge Haywood S. Gilliam Jr.

MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                            October 2012

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

MARK EUGENE SCHMIDTKE

is a member of the bar of said Court since admission on ___May 29, 1981___ , and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this __23rd__ day of __November__ , 20__16__.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA