OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C., SBN 00504800
Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750

*Attorneys for Defendants*

*Additional counsel for Defendants on the following page

*Counsel for Plaintiffs and the Proposed Class on the following page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

PETER SCHUMAN, an individual, and, WILLIAM COMPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,

Plaintiffs,

v.

MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,

Defendants.

No. 4:16-CV-05544-HSG

**CLASS ACTION**

**JOINT STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND ORDER**

CMC Date: January 10, 2017
Hearing Date: February 9, 2017
Time: 2:00 p.m.
Courtroom: 10, 19th Floor
Action Filed: September 29, 2016
Trial Date: None

**ADDITIONAL DEFENDANTS' COUNSEL:**

Mark Schmidtke (IN SBN 1733-45) admitted *pro hac vice*
mark.schmidtke@ ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219.242.8668
Fax: 219.242.8669

*Attorneys for Defendants*

**PLAINTIFFS' COUNSEL:**

Michael Rubin (SBN 80618)
Connie K. Chan (SBN 284230)
Raphael N. Rajendra (SBN 255096)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
cchan@altber.com
rrajendra@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
CP@mhpsf.com
keith@mhpsf.com

*Attorneys for Plaintiffs and the Proposed Class*

On November 16, 2016, Defendants Microchip Technology, Inc. ("Microchip"), Atmel Corporation ("Atmel") and Atmel Corporation U.S. Severance Guarantee Benefit Program ("Severance Program" or "Plan" and, collectively with Microchip and Atmel, "Defendants") filed a Motion to Dismiss Plaintiffs' Complaint. [Dkt. # 17.]

On November 30, 2016, the Court granted the parties' Stipulation to extend the Motion to Dismiss briefing deadlines, making Plaintiffs' response due by December 21, 2016 and Defendants' reply due by January 4, 2017. Since then, Defendants' counsel and Plaintiffs' counsel have agreed to a schedule that will avoid burdening the Court and the parties with litigating an issue asserted in the Motion to Dismiss; namely, whether Plaintiffs' action should be dismissed for failing to exhaust the administrative claims process required by Section 502(a)(1)(B) of the Employee Retirement Income Security Act of 1974 ("ERISA"). In particular, the parties agreed that:

1. Defendants will withdraw their Motion to Dismiss;
2. The Named Plaintiffs (Schuman and Coplin) will exhaust ERISA's administrative claims process, including appealing any adverse claims determination;
3. The Plan Administrator will take no more than 90 days total to resolve the named Plaintiffs' claims, meaning that the Plan Administrator will respond to Plaintiff Schuman's claim on or before December 30, 2016 and Plaintiff Coplin's claim on or before January 2, 2017;
4. The Named Plaintiffs will promptly appeal any denial of benefits by the Plan Administrator;
5. The Plan will resolve any such appeal in no more than 60 days from the date the appeal is taken;
6. Defendants will not assert that the failure to exhaust by any individual who is "similarly situated" to the Named Plaintiffs (any employee who was or is terminated without cause between April 4, 2016 and March 19, 2017 and agreed to sign or did sign a Severance Agreement and Release, even if it is/was not the exact same Severance Agreement and

JOINT STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND ~~[PROPOSED]~~ ORDER
4:16-CV-05544-HSG

3

Release form that Schuman or Coplin signed) bars that individual's claims or gives rise to an affirmative defense to that individual's claim;

7. The parties anticipate that this administrative exhaustion process will be completed no later than mid-March 2017, at which time Plaintiffs will file an amended complaint, which shall be filed no later than March 31, 2017.

The parties also jointly request that the Court vacate the Case Management Conference currently set for January 10, 2017 (and the other dates established by the Court's Order Setting Initial Case Management Conference and Deadlines) and reset the Case Management Conference (and related deadlines) after Plaintiffs have filed an amended complaint.

DATED: December 21, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:/s/ Mark G. Kisicki
Mark G. Kisicki
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Mark Schmidtke
56 S. Washington Street, Suite 302
Valparaiso, IN 46383

Attorneys for Defendants

ALTSHULER BERZON LLP

By:s/Michael Rubin (with permission)
Michael Rubin
Connie K. Chan
Ralphael N. Rajendra
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108

JOINT STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND ~~[PROPOSED]~~ ORDER
4:16-CV-05544-HSG

4

Cliff Palefsky
Keith Ehrman
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133

Attorneys for Plaintiffs

JOINT STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND ~~[PROPOSED]~~ ORDER
4:16-CV-05544-HSG

5

**SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document, and that this attestation was executed on December 21, 2016.

By: ____/s/ Mark G. Kisicki_

JOINT STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND ~~[PROPOSED]~~ ORDER
4:16-CV-05544-HSG

6

**ORDER**

IT IS SO ORDERED that:

1. Defendants' Motion to Dismiss [Dkt. # 17] is deemed withdrawn;
2. Plaintiffs may file an amended complaint once they have exhausted their administrative remedies; and

3. The Case Management Conference currently set for January 10, 2017 (and each other date established by the Order Setting the Initial Case Management Conference) is vacated and will be reset after Plaintiffs file an amended complaint.

Dated: December 22, 2016

Haywood S. Gilliam, Jr.

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

27936040.1

JOINT STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; JOINT REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; AND ~~[PROPOSED]~~ ORDER
4:16-CV-05544-HSG

7