1  Michael Rubin (SBN 80618)
   Connie K. Chan (SBN 284230)
2  Raphael N. Rajendra (SBN 255096)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  mrubin@altber.com
   cchan@altber.com
6  rrajendra@altber.com

7

8  Cliff Palefsky (SBN 77683)
   Keith Ehrman (SBN 106985)
9  MCGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
10 San Francisco, CA 94133
   Telephone: (415) 421-9292
11 Facsimile: (415) 403-0202
   CP@mhpsf.com
12 keith@mhpsf.com

13 *Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants | Case No. 4:16-CV-05544-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER ENLARGING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>**[Civ. L.R. 6-2]**<br><br>Hearing Date: June 22, 2017<br>Time:  2:00 p.m.<br>Ctrm.: 2, Floor 4<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: September 29, 2016<br>Trial Date: Not yet set |

| | |
|---|---|
| 1 | Plaintiffs Peter Schuman and William Coplin (collectively "Plaintiffs") and Defendants |
| 2 | Microchip Technology, Inc., Atmel Corporation, and Atmel Corporation U.S. Severance Guarantee |
| 3 | Benefit Program (collectively "Defendants"), herein referred to collectively as the "Parties," hereby |
| 4 | stipulate, by and through their respective attorneys of record, as follows: |
| 5 |     WHEREAS, Defendants filed a Rule 12(b)(6) motion to dismiss Plaintiffs' Amended |
| 6 | Complaint on April 28, 2017 (Dkt. 33); |
| 7 |     WHEREAS, on April 28, 2017, Defendants also filed a motion to dismiss the complaint in |
| 8 | the related case *Berman, et al. v. Microchip Technology, Inc., et al.*, Case No. 5:17-CV-01864-HSG |
| 9 | (N.D. Cal.), in which the plaintiffs are represented by the same counsel representing Plaintiffs in this |
| 10 | matter; |
| 11 |     WHEREAS, pursuant to Civil Local Rule 7-3(a), Plaintiffs' oppositions to Defendants' |
| 12 | motions to dismiss in both cases are currently due May 12, 2017; |
| 13 |     WHEREAS, Defendants agree to extend the deadline for Plaintiffs to respond to both |
| 14 | motions to dismiss to and including May 31, 2017; and |
| 15 |     WHEREAS, the stipulated extension of time for Plaintiffs to respond to Defendants' motions |
| 16 | to dismiss will not affect any other dates or deadlines in this case; |
| 17 |     THEREFORE, THE PARTIES HEREBY STIPULATE that Plaintiffs' time to respond to |
| 18 | Defendants' motion to dismiss (Dkt. 33) is extended up to and including May 31, 2017. The hearing |
| 19 | on the motion will remain set for June 22, 2017 at 2:00 p.m., or as soon thereafter as this Court is |
| 20 | available. |
| 21 | Respectfully submitted, |
| 22 | Dated: May 8, 2017      */s/Michael Rubin* |
| 23 |     Michael Rubin |
| 24 | ALTSHULER BERZON LLP<br>Michael Rubin |
| 25 | Connie K. Chan<br>Raphael N. Rajendra |
| 26 | Altshuler Berzon LLP<br>177 Post Street, Suite 300 |
| 27 | San Francisco, California 94108<br>Telephone: (415) 421-7151 |
| 28 | Facsimile: (415) 362-8064 |

1                                     MCGUINN, HILLSMAN & PALEFSKY
Cliff Palefsky
Keith Ehrman
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

*Attorneys for Plaintiffs and the Proposed Class*

Dated: May 8, 2017                  /s/Mark G. Kisicki
                                           Mark G. Kisicki
(E-signature authorized on May 8, 2017)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: 602.778.3700
Fax: 602.778.3750

Mark Schmidtke
mark.schmidtke@ ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219.242.8668
Fax: 219.242.8669

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 9, 2017                             _____
                                             The Hon. Haywood S. Gilliam, Jr.
                                             United States District Judge

## DECLARATION OF MICHAEL RUBIN IN SUPPORT OF STIPULATION

I, Michael Rubin, declare as follows:

1. I am a member in good standing of the bar of the State of California and am one of the counsel of record for Plaintiffs Peter Schuman and William Coplin (collectively "Plaintiffs") in the above-captioned case. I am also one of the counsel of record for Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz in the related case *Berman, et al. v. Microchip Technology, Inc., et al.*, Case No. 5:17-CV-01864-HSG (N.D. Cal.). I make this declaration in support of the Parties' stipulated request to enlarge the time for Plaintiffs to respond to Defendants' motion to dismiss. The facts set forth in this declaration I know to be true of my own personal knowledge, except where stated to be based on information and belief.

2. The procedural history of this case, including prior time modifications, is set out in the Court's December 22, 2016 Order on the Parties' Joint Stipulation to Withdraw Defendants' Motion to Dismiss and for Plaintiffs to File Amended Complaint. Dkt. 27. Pursuant to that Stipulation and Order, Plaintiffs filed an Amended Complaint on March 31, 2017. Dkt. 29.

3. On April 28, 2017, Defendants filed a motion to dismiss Plaintiffs' complaint in this action. Dkt. 33. That same day, Defendants also filed a motion to dismiss the complaint in *Berman*.

4. Pursuant to Civil Local Rule 7-3(a), Plaintiffs' oppositions to Defendants' motions to dismiss in both cases are currently due May 12, 2017. Due to preexisting work obligations, Plaintiffs' counsel are unable to file both oppositions by May 12, 2017.

5. I conferred with counsel for Defendants, and Defendants agree to extend the deadline for Plaintiffs to respond to both motions to dismiss to and including May 31, 2017.

6. To the best of my knowledge, the requested time modification will have no effect on the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed at San Francisco, California, on May 8, 2017.

*/s/ Michael Rubin*
Michael Rubin