Michael Rubin (SBN 80618)
Connie K. Chan (SBN 284230)
Raphael N. Rajendra (SBN 255096)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
cchan@altber.com
rrajendra@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
CP@mhpsf.com
keith@mhpsf.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants | Case No. 16-CV-05544-HSG<br><br>CLASS ACTION<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR CASE MANAGEMENT OR STATUS CONFERENCE** |

Having considered Plaintiffs' Request for Case Management or Status Conference;

**IT IS HEREBY ORDERED** that Plaintiffs' request is **GRANTED** and the parties should appear for a Case Management Conference on December 19, 2017 at 2:00 p.m.  A joint case management conference statement is due by 5:00 on Friday, December 15, 2017.

Dated:  December 12, 2017

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California