1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COMPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | No. 4:16-CV-05544-HSG<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT DECEMBER 19TH CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: December 19, 2017<br>Time: 2:00 p.m.<br>Courtroom: 2, Floor 4<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: September 29, 2016<br>Trial Date: Not yet set |

Upon consideration of Defendants Microchip Technology, Inc., Atmel Corporation and Atmel Corporation U.S. Severance Guarantee Benefit Program's Motion for Leave to Appear Telephonically at the December 19, 2017 Case Management Conference, and good cause appearing,

IT IS ORDERED granting the Motion and allowing Defendants' counsel Mark Schmidtke to appear telephonically at the Case Management Conference scheduled for December 19, 2017 at

2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: December 19, 2017

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California

32370716.1

2
ORDER GRANTING MOTION FOR LEAVE TO APPEAR TELEPHONICALLY
CASE No. 4:16-cv-05544-HSG