Michael Rubin (SBN 80618)
Raphael N. Rajendra (SBN 255096)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
rrajendra@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
CP@mhpsf.com
keith@mhpsf.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>        Defendants | Case No. 4:16-CV-05544-HSG<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS**<br><br>**[Civ. L.R. 6-2]**<br><br>Action Filed: September 29, 2016<br>Trial Date: Not yet set |

1   Plaintiffs Peter Schuman and William Coplin (collectively "Plaintiffs") and Defendants

2   Microchip Technology, Inc., Atmel Corporation, and Atmel Corporation U.S. Severance Guarantee

3   Benefit Program (collectively "Defendants") hereby stipulate, by and through their respective

4   attorneys of record, that Plaintiffs' time to respond to Defendants' counterclaims (Dkts. 59, 60) is

5   extended up to and including May 31, 2018.

6                                                    Respectfully submitted,

7
    Dated:  April 26, 2018                           */s/Michael Rubin*
8                                                         Michael Rubin

9                                                    ALTSHULER BERZON LLP
                                                     Michael Rubin
10                                                   Raphael N. Rajendra
                                                     Altshuler Berzon LLP
11                                                   177 Post Street, Suite 300
                                                     San Francisco, CA 94108
12                                                   Telephone: (415) 421-7151
                                                     Facsimile: (415) 362-8064
13
                                                     MCGUINN, HILLSMAN & PALEFSKY
14                                                   Cliff Palefsky
                                                     Keith Ehrman
15                                                   535 Pacific Avenue
                                                     San Francisco, CA 94133
16                                                   Telephone: (415) 421-9292
                                                     Facsimile: (415) 403-0202
17
                                                     *Attorneys for Plaintiffs and the Proposed Class*
18

19  Dated:  April 26, 2018                           */s/Mark G. Kisicki*
                                                         Mark G. Kisicki
20
                                                     (*E-signature authorized on April 25, 2018.*)
21
                                                     OGLETREE, DEAKINS, NASH, SMOAK &
22                                                   STEWART, P.C.
                                                     Mark G. Kisicki
23                                                   2415 East Camelback Road, Suite 800
                                                     Phoenix, Arizona 85016
24                                                   Mark Schmidtke
                                                     56 S. Washington Street, Suite 302
25                                                   Valparaiso, IN 46383

26                                                   *Attorneys for Defendants*

27

28

STIPULATION EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
4:16-CV-05544-HSG

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 26, 2018

The Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATION EXTENDING PLAINTIFFS' TIME TO RESPOND TO DEFENDANTS' COUNTERCLAIMS
4:16-CV-05544-HSG