# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and, WILLIAM COMPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | No. 4:16-CV-005544-HSG<br><br>CLASS ACTION<br><br>**ORDER GRANTING UNDISPUTED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM**<br><br>Hearing Date: August 30, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, Floor 4<br><br>Action Filed: September 29, 2016<br>Trial Date: None Set |

Upon consideration of Defendants' Undisputed Motion for Extension for Defendants to Respond to Plaintiffs' Motion to Dismiss Counterclaim, and good cause appearing,

IT IS ORDERED that Defendants' Opposition shall be filed no later than July 16, 2018.

Dated: June 14, 2018

*[signature]*
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

34451573.1