| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800 |
| 2 | Mark G. Kisicki (CA SBN 150057) |
| | mark.kisicki@ogletreedeakins.com |
| 3 | Elizabeth M. Townsend (AZ SBN 024009) admitted *pro hac vice* |
| | elizabeth.townsend@ogletreedeakins.com |
| 4 | 2415 E. Camelback Road, Suite 800 |
| | Phoenix, AZ 85016 |
| 5 | Telephone: 602.778.3700 |
| | Fax: 602.778.3750 |
| 6 | |
| | Mark Schmidtke (IN SBN 1733-45), admitted *pro hac vice* |
| 7 | 56 S. Washington Street, Suite 302 |
| | Valparaiso, IN 46383 |
| 8 | Tel.: 219.242.8668 |
| | Fax: 219.242.8669 |
| 9 | mark.schmidtke@ogletreedeakins.com |
| 10 | *Attorneys for Defendants* |
| 11 | |
| | *Counsel for Plaintiffs on the following page |
| 12 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan, <br><br> Defendants | Case No. 4:16-CV-05544-HSG <br><br> CLASS ACTION <br><br> **STIPULATED REQUEST AND ORDER TO CONSOLIDATE HEARINGS** <br><br> **[Civ. L.R. 6-2]** <br><br> Hearing Date: August 30, 2018 <br> Time: 2:00 p.m. <br> Courtroom: 2, Floor 4 <br> Judge: Hon. Haywood S. Gilliam, Jr. <br><br> Action Filed: September 29, 2016 <br> Trial Date: None Set |

**PLAINTIFFS' COUNSEL:**

Michael Rubin (SBN 80618)
Andrew Kushner (SBN 316035)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altber.com
akushner@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
cp@mhpsf.com
keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone: (415) 225-6215
Facsimile: (415) 634-2897
Email: bill@williambreilly.com

*Attorneys for Plaintiffs*

Plaintiffs Peter Schuman and William Coplin (collectively "*Schuman* Plaintiffs") filed a Motion to Dismiss Counterclaims on May 31, 2018. The deadline for Defendants Microchip Technology Incorporated ("Microchip"), Atmel Corporation ("Atmel") and Atmel Corporation U.S. Severance Guarantee Benefit Program ("Severance Program" and, collectively with Microchip and Atmel, "Defendants") to respond to that motion is July 16, 2018. Plaintiffs' reply in support of the motion is due on July 23, 2018. A hearing on the Motion to Dismiss Counterclaims is currently scheduled for August 30, 2018 at 2:00 p.m.

In the related case of *Berman et al. v. Microchip Technology Incorporated et al.*, 4:17-cv-01864-HSG, Plaintiffs Robin Berman, Bo Kang, Khashayar Mirfakhraei, Thang Van Vu, Donna Viera-Castillo, Girish Ramesh, Patrick Hanley, Ilana Shternshain and Mandy Schwarz filed a Motion for Partial Summary Judgment on July 2, 2018 and noticed the hearing for September 13, 2018 at 2:00 p.m. Plaintiffs in the *Berman* action are represented by the same attorneys who represent the *Schuman* Plaintiffs. Defendants are the same in both actions.

In the interest of efficiency, the *Schuman* Plaintiffs and Defendants, by and through their respective attorneys of record, request the Court consolidate the hearing on the Motion to Dismiss Counterclaims filed in the *Schuman* case with the hearing on the Motion for Partial Summary Judgment filed in the *Berman* case and hold a hearing on both motions on September 13, 2018 at 2:00 p.m.

Respectfully submitted July 13, 2018.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: /s/ Mark G. Kisicki
>     Mark G. Kisicki
>     Elizabeth N. Townsend admitted *pro hac vice*
>     2415 East Camelback Road, Suite 800
>     Phoenix, Arizona 85016

Mark Schmidtke (IN SBN 1733-45),
   admitted *pro hac vice*
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Tel.:  219.242.8668
Fax:  219.242.8669
mark.schmidtke@ogletreedeakins.com

*Attorneys for Defendants*

ALTSHULER BERZON LLP

By: s/ Michael Rubin (with permission)
   Michael Rubin
   Andrew Kushner
   ALTSHULER BERZON LLP
   177 Post Street, Suite 300
   San Francisco, CA  94108

   Cliff Palefsky
   Keith Ehrman
   MCGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
   San Francisco, CA  94133

   William B. Reilly
   LAW OFFICE OF WILLIAM REILLY
   86 Molino Avenue
   Mill Valley, CA 94941

   Attorneys for Plaintiffs

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories on this e-filed document, and that this attestation was executed on July 13, 2018.

By:  /s/ Mark G. Kisicki

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The hearing on the Motion to Dismiss Counterclaims in *Schuman et al. v. Microchip Technology Incorporated et al.*, 4:16-CV-05544-HSG shall be consolidated with the hearing on the Motion for Partial Summary Judgment in *Berman et al. v. Microchip Technology Incorporated et al.*, 4:17-cv-01864-HSG. A consolidated hearing on both motions shall take place on September 13, 2018 beginning at 2:00 p.m.

Dated: 7/16/2018

The Hon. Haywood S. Gilliam, Jr.
United States District Judge

STIPULATED REQUEST AND ORDER TO CONSOLIDATE HEARINGS
4:16-CV-05544-HSG
5