| | | |
|---|---|---|
| | | Reset Form |

1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA

3  Peter Schuman, an individual, and William
   Coplin, an individual, on behalf of themselves   Case No: 4:16-cv-005544
4  and on behalf of others similarly situated,
                      Plaintiff(s),               APPLICATION FOR
5       v.                                         ADMISSION OF ATTORNEY
                                                   PRO HAC VICE
6  Microchip Technology Incorporated, et           (CIVIL LOCAL RULE 11-3)
   al.
7                    Defendant(s).

8

9  I, Kristina N. Holmstrom, an active member in good standing of the bar of
   Arizona, hereby respectfully apply for admission to practice *pro hac vice* in the
10 Northern District of California representing: all Defendants in the
   above-entitled action. My local co-counsel in this case is Marck G. Kisicki, an
11 attorney who is a member of the bar of this Court in good standing and who maintains an office
12 within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 2415 E. Camelback Road, Suite 800 | 2415 E. Camelback Road, Suite 800 |
| Phoenix, AZ 85016 | Phoenix, AZ 85016 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (602) 778-3700 | (602) 778-3750 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kristina.holmstrom@ogletree.com | mark.kisicki@ogletree.com |

17  I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: 023384.
18  A true and correct copy of a certificate of good standing or equivalent official document from said
    bar is attached to this application.
19  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
20  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
    *I declare under penalty of perjury that the foregoing is true and correct.*
21  Dated: 08/17/18
22                                                        APPLICANT

23  ══════════════════════════════════════════════════════
                 ORDER GRANTING APPLICATION
24           FOR ADMISSION OF ATTORNEY PRO HAC VICE

25  IT IS HEREBY ORDERED THAT the application of Kristina N. Holmstrom is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
27  designated in the application will constitute notice to the party.

28  Dated: 9/5/2018

                                        **DENIED**
                                        *Haywood S. Gilliam Jr.*
                                        Judge Haywood S. Gilliam Jr.
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                         October 2012

# United States District Court

## District of Arizona

# Certificate of Good Standing

I, Brian D. Karth, Clerk of this Court,

certify that Kristina Novotny Holmstrom was duly admitted

to practice in this Court on November 15, 2004,

and is in good standing as a member

of the Bar of this Court.

Dated at Phoenix, Arizona, on August 21, 2018

| Brian D. Karth | *signature* |
|---|---|
| CLERK | DEPUTY CLERK |