[Reset Form]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and, WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　　v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>　　　　　　　　　Defendant(s). | Case No: 4:16-CV-05544-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Erika L. Leonard, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Defendants in the above-entitled action. My local co-counsel in this case is Sean P. Nalty, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>301 Congress Avenue, Suite 1150<br>Austin, TX 78701 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>One Market Plaza - Steuart Tower, Suite 1300<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(512) 344-4700 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-4810 |
| MY EMAIL ADDRESS OF RECORD:<br>erika.leonard@ogletree.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>sean.nalty@ogletree.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 565965.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

　　Dated: 06/20/19　　　　　　　　　　　　　　　Erika L. Leonard
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

　　IT IS HEREBY ORDERED THAT the application of Erika L. Leonard is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/20/2019　　　　　　　　　　　　　　　*Haywood S. Gill*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# CERTIFICATE OF GOOD STANDING

| UNITED STATES OF AMERICA | } |
| NORTHERN DISTRICT OF GEORGIA | } ss. |

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY that ERIKA L. LEONARD, State Bar No. 565965,** was duly admitted to practice in said Court on 05/17/2004 and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 3rd day of January, 2019.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Beverly Gutting
Deputy Clerk