Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, an individual, and, WILLIAM COMPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | No. 4:16-CV-005544-HSG<br><br>CLASS ACTION<br><br>ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT<br><br>Hearing Date:   October 15, 2020<br>Time:           2:00 p.m.<br>Courtroom:   Oakland Courthouse, Courtroom 2<br>Action Filed:   September 29, 2016<br>Trial Date:     February 8, 2021<br>Judge:         Hon. Haywood S. Gilliam, Jr. |

Based upon the Defendants' Motion, and good cause otherwise appearing, it is ordered that the deadline for Defendants to respond Plaintiffs' Motion for Summary Judgment and the deadline for Plaintiffs to response to Defendants' Motion for Summary Judgment is extended up and to September 28, 2020. Reply briefs for both sides will be due October 5, 2020.

DATED 9/24/2020

By: /s/ Haywood S. Gilliam, Jr.
Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge for the Northern District of California

44335924.1

ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PARTIES
TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT
Case No.  4:16-cv-005544