Michael Rubin (SBN 80618)
Matthew Murray (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064
Email:         mrubin@altber.com
               mmurray@altber.com

Cliff Palefsky (SBN 77683)                  William B. Reilly (SBN 177550)
Keith Ehrman (SBN 106985)                   LAW OFFICE OF WILLIAM REILLY
MCGUINN, HILLSMAN & PALEFSKY                 86 Molino Avenue
535 Pacific Avenue                          Mill Valley, CA 94941
San Francisco, CA 94133                     Telephone:     (415) 225-6215
Telephone:     (415) 421-9292               Facsimile:     (415) 634-2897
Facsimile:     (415) 403-0202               Email:         bill@williambreilly.com
Email:         cp@mhpsf.com
               keith@mhpsf.com

*Attorneys for Plaintiffs*
(Counsel for Defendants listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated, | Case No. 4:16-CV-05544-HSG **CLASS ACTION** **JOINT STATUS REPORT** |
| Plaintiffs, | |
| v. | |
| MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan, | |
| Defendants. | |

1  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
   Mark G. Kisicki, Esq. (CA SBN 150057)
2  mark.kisicki@ogletreedeakins.com
   Elizabeth M. Soveranez (AZ SBN 024009) admitted pro hac vice
3  elizabeth.soveranez@ogletreedeakins.com
   Esplanade Center III, Suite 800
4  2415 East Camelback Road
   Phoenix, AZ 85016
5  Tel.: 602.778.3700
   Fax: 602.778.3750
6
   Mark Schmidtke (IN SBN 1733-45) admitted pro hac vice
7  56 S. Washington Street, Suite 302
   Valparaiso, IN 46383
8  Tel.: 219.242.8668
   Fax: 219.242.8669
9  mark.schmidtke@ogletreedeakins.com

10 Erika L. Leonard (GA SBN 565965) admitted pro hac vice
   301 Congress Avenue, Suite 1150
11 Austin, TX 78701
   Tel.: 512.344.4700
12 Fax: 512.344.4701
   erika.leonard@ogletree.com
13
   *Attorneys for Defendants*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATUS REPORT**

The parties submit this Joint Status Report pursuant to the Court's April 9, 2024, Order (ECF 196) at 3. The Order directed plaintiffs to submit a proposed form of judgment under Rule 54(b) as against named plaintiffs Schuman and Coplin and stayed the remainder of the case "pending resolution of the anticipated appeal of [the Court's] order granting summary judgment against the named Plaintiffs." *Id.* The Order stated that "once the appeal is filed, the parties are directed to file a non-argumentative joint status report every 180 days simply informing the Court of the status of the appeal." *Id.*

The parties report as follows: The appeal is pending. Plaintiffs filed their initial brief on September 16, 2024. Ninth Circ. Dkt. 20.1. The current schedule for Ninth Circuit briefing is as follows:

- Defendants' Second Brief on Cross Appeal due October 16, 2024;
- Plaintiffs' Third Brief on Cross Appeal due November 15, 2024;
- Defendants' Fourth Brief on Cross Appeal due 21 days after service of Third Brief on Cross Appeal.

Ninth Cir. Dkt. 15.

Dated: October 7, 2024                    Respectfully submitted,

                                          **ALTSHULER BERZON LLP**
                                          MICHAEL RUBIN
                                          MATTHEW J. MURRAY

                                          **MCGUINN, HILLSMAN & PALEFSKY**
                                          CLIFF PALEFSKY
                                          KEITH EHRMAN

                                          **LAW OFFICE OF WILLIAM REILLY**
                                          WILLIAM REILLY


                                          By: /s/ *Michael Rubin*
                                                  Michael Rubin
                                                  Attorneys for Plaintiffs

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ *Mark G. Kisicki (with permission)*
Mark G. Kisicki
Elizabeth M. Soveranez
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016

Mark Schmidtke
56 S. Washington Street, Suite 302
Valparaiso, IN 46383

Erika L. Leonard
301 Congress Avenue, Suite 1150
Austin, TX 78701

Attorneys for Defendants

**Local Rule 5-1(h)(3) E-Signature Attestation**

I attest that each of the other Signatories have concurred in the filing of this document.

/s/ *Michael Rubin*
Michael Rubin