United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER SCHUMAN, et al.,

Plaintiffs,

v.

MICROCHIP TECHNOLOGY
INCORPORATED, et al.,

Defendants.

Case No. 16-cv-05544-HSG

**ORDER REOPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE**

The Court previously granted Defendants' motion for summary judgment as to the two named Plaintiffs, stayed further proceedings pending appeal, and administratively closed the case. *See* Dkt. Nos. 196, 198. The Ninth Circuit filed its opinion in June, and the mandate was issued this week. Dkt. Nos. 208, 209. The Court therefore **DIRECTS** the Clerk to lift the stay and reopen the case. The Court further **SETS** a case management conference on August 26, 2025, at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities. The Court further **DIRECTS** the parties to submit a joint case management statement by August 19, 2025. The parties should be prepared to discuss how to move this case forward expeditiously.

**IT IS SO ORDERED.**

Dated:    8/7/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge