| | |
|---|---|
| Michael Rubin (SBN 80618) | |
| Matthew Murray (SBN 271461) | |
| ALTSHULER BERZON LLP | |
| 177 Post Street, Suite 300 | |
| San Francisco, CA 94108 | |
| Telephone: (415) 421-7151 | |
| Facsimile: (415) 362-8064 | |
| Email: mrubin@altber.com | |
| mmurray@altber.com | |

| | |
|---|---|
| Cliff Palefsky (SBN 77683) | William B. Reilly (SBN 177550) |
| Keith Ehrman (SBN 106985) | LAW OFFICE OF WILLIAM REILLY |
| MCGUINN, HILLSMAN & PALEFSKY | 86 Molino Avenue |
| 535 Pacific Avenue | Mill Valley, CA 94941 |
| San Francisco, CA 94133 | Telephone: (415) 225-6215 |
| Telephone: (415) 421-9292 | Facsimile: (415) 634-2897 |
| Facsimile: (415) 403-0202 | Email: bill@williambreilly.com |
| Email: cp@mhpsf.com | |
| keith@mhpsf.com | |

*Attorneys for Plaintiffs*
(Counsel for Defendants listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan, <br><br> Defendants. | Case No. 4:16-CV-05544-HSG <br><br> **CLASS ACTION** <br><br> **LOCAL RULE 6-2 STIPULATION AND ORDER TO REVISE BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO DECERTIFY CLASS (as modified)** <br><br> (Current) Hearing Date: December 18, 2025 at 2:00 p.m. |

Case No. 4:16-cv-05544-HSG
Stipulation to Revise Briefing and Hearing Schedule on Defendants' Motion to Decertify the Class

1  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
   Mark G. Kisicki, Esq. (CA SBN 150057)
2  mark.kisicki@ogletreedeakins.com
   Elizabeth M. Soveranez (AZ SBN 024009) admitted pro hac vice
3  elizabeth.soveranez@ogletreedeakins.com
   Esplanade Center III, Suite 800
4  2415 East Camelback Road
   Phoenix, AZ 85016
5  Tel.: 602.778.3700
   Fax: 602.778.3750
6
   Mark Schmidtke (IN SBN 1733-45) admitted pro hac vice
7  56 S. Washington Street, Suite 302
   Valparaiso, IN 46383
8  Tel.: 219.242.8668
   Fax: 219.242.8669
9  mark.schmidtke@ogletreedeakins.com

10 Erika L. Leonard (GA SBN 565965) admitted pro hac vice
   301 Congress Avenue, Suite 1150
11 Austin, TX 78701
   Tel.: 512.344.4700
12 Fax: 512.344.4701
   erika.leonard@ogletree.com
13
   *Attorneys for Defendants*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:16-cv-05544-HSG
Stipulation to Revise Briefing and Hearing Schedule on Defendants' Motion to Decertify the Class

**STIPULATION TO REVISE BRIEFING AND HEARING SCHEDULE
ON DEFENDANTS' MOTION TO DECERTIFY CLASS**

The parties hereby stipulate and jointly ask the Court to order the following revised schedule for briefing and hearing on Defendants' recently filed Motion to Decertify Class (ECF 218):

- Plaintiffs' Opposition to the Motion to Decertify the Class shall be due December 19, 2025;
- Defendants' Reply shall be due January 9, 2026;
- The hearing on Defendants' Motion to Decertify the Class shall be reset to January 22, 2026.  Counsel arguing the motion shall appear in person, while other counsel may appear remotely.

Pursuant to Local Rule 6-2, in support of this stipulated change in deadlines, the parties state as follows:

On November 13, 2025, Defendants filed a Motion to Decertify Class and noticed it for the next available hearing date on the Court's calendar, December 18, 2025. ECF 218. Under the default schedule for noticed motions, Plaintiffs' opposition would be due on Friday, November 28, 2025, the day after Thanksgiving. ECF 218; LR 7-3(a).

Plaintiffs' counsel have pre-scheduled travel and time out of the office the full week of Thanksgiving. They also have many other pressing deadlines in this and other cases in the coming weeks, including a December 8, 2025 deadline to respond to Defendants' petition for writ of certiorari to the Supreme Court in this case. These holiday plans and other deadlines together made it infeasible for counsel to prepare and file an opposition to the motion to decertify by the day after Thanksgiving, and Plaintiffs' counsel therefore reached out to counsel for Defendants to propose a stipulation to extend their opposition deadline by three weeks, to December 19, 2025, to allow adequate time to prepare a response.

Defendants agreed to Plaintiffs' request and requested in turn that, given the winter holidays, their reply deadline be extended to January 9, 2026. Plaintiffs have agreed.

To account for this revised briefing schedule, and subject to the Court's approval, the parties have agreed to reset the hearing on Defendants' Motion to Decertify to January 22, 2026.

Counsel arguing the motion are available to attend in person. At least one counsel from Defendants who will not be arguing the motion requests permission to attend remotely, given scheduling and travel constraints.

The parties have previously stipulated and filed unopposed motions to modify various briefing schedules in this case. ECF 20, 21, 36, 37, 78, 79, 141, 142. There have been no prior modifications of the briefing schedule for Defendants' Motion to Decertify.

The stipulated revision to the briefing and hearing schedule will not otherwise affect the schedule in this case, as the trial has not yet been set.

Dated:  November 17, 2025                         Respectfully submitted,

**ALTSHULER BERZON LLP**
MICHAEL RUBIN
MATTHEW J. MURRAY

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY
KEITH EHRMAN

**LAW OFFICE OF WILLIAM REILLY**
WILLIAM REILLY


By: /s/ *Michael Rubin*
      Michael Rubin
      Attorneys for Plaintiffs


**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ *Mark G. Kisicki (with permission)*
      Mark G. Kisicki
      Elizabeth M. Soveranez
      2415 East Camelback Road, Suite 800
      Phoenix, AZ 85016

      Mark Schmidtke
      56 S. Washington Street, Suite 302
      Valparaiso, IN 46383

      Erika L. Leonard
      301 Congress Avenue, Suite 1150
      Austin, TX 78701

      Attorneys for Defendants

**Local Rule 5-1(i)(3) E-Signature Attestation**

I attest that each of the other Signatories have concurred in the filing of this document.

/s/ *Michael Rubin*
Michael Rubin

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  Counsel who will not argue the motion may appear remotely via Public Zoom Webinar.  Counsel may access the webinar information at https://www.cand.uscourts.gov/hsg.

Date:  11/18/2025

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California