UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SCHUMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, et al.,<br><br>    Defendants. | Case No. 16-cv-05544-HSG<br><br>**ORDER SETTING BENCH TRIAL** |

In August 2025, the Court lifted the stay and reopened the case in light of the Ninth Circuit's mandate. *See* Dkt. No. 210. Defendants have since moved to decertify the class, Dkt. No. 218, which the parties are still briefing and the Court will decide in due course. In the meantime, and as discussed at the last case management conference, the Court will set a bench trial. The Court requested the parties to meet and confer regarding their availability for trial in 2026. *See* Dkt. No. 213. The parties did not agree on trial dates and listed various conflicts for parties and counsel. *See* Dkt. No. 216. Given the demands of the Court's docket, and the unlikelihood that the parties will find a window that works best for everyone, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Pretrial Conference | June 16, 2026, at 3:00 p.m. |
| Bench Trial (7 days) | July 9, 2026, at 8:30 a.m. |

//

//

//

|   |   |
|---|---|
| 1 | These dates may only be altered by order of the Court and only upon a showing of good |
| 2 | cause.  The parties are directed to review and comply with this Court's standing orders. |

**IT IS SO ORDERED.**

Dated:   12/23/2025

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge