Michael Rubin (SBN 80618)
Matthew Murray (SBN 271461)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:     (415) 421-7151
Facsimile:     (415) 362-8064
Email:         mrubin@altber.com
               mmurray@altber.com

Cliff Palefsky (SBN 77683)          William B. Reilly (SBN 177550)
Keith Ehrman (SBN 106985)           LAW OFFICE OF WILLIAM REILLY
MCGUINN, HILLSMAN & PALEFSKY        86 Molino Avenue
535 Pacific Avenue                  Mill Valley, CA 94941
San Francisco, CA 94133            Telephone:     (415) 225-6215
Telephone:     (415) 421-9292       Facsimile:     (415) 634-2897
Facsimile:     (415) 403-0202       Email:         bill@williambreilly.com
Email:         cp@mhpsf.com
               keith@mhpsf.com

*Attorneys for Plaintiffs*
(Counsel for Defendants listed on the next page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | Case No. 4:16-CV-05544-HSG<br><br>**CLASS ACTION**<br><br>**LOCAL RULE 6-2 STIPULATION AND ORDER TO REVISE BRIEFING AND HEARING SCHEDULE ON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER TO REOPEN DISCOVERY** |

Stipulation to Revise Briefing and Hearing Schedule on
Defendants' Motion to Amend Scheduling Order to Reopen Discovery

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
Mark G. Kisicki, Esq. (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
Elizabeth M. Soveranez (AZ SBN 024009) admitted pro hac vice
elizabeth.soveranez@ogletreedeakins.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Tel.: 602.778.3700
Fax: 602.778.3750

Mark Schmidtke (IN SBN 1733-45) admitted pro hac vice
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Tel.: 219.242.8668
Fax: 219.242.8669
mark.schmidtke@ogletreedeakins.com

Erika L. Leonard (GA SBN 565965) admitted pro hac vice
301 Congress Avenue, Suite 1150
Austin, TX 78701
Tel.: 512.344.4700
Fax: 512.344.4701
erika.leonard@ogletree.com

*Attorneys for Defendants*

Case No. 4:16-cv-05544-HSG

Stipulation to Revise Briefing and Hearing Schedule on
Defendants' Motion to Amend Scheduling Order to Reopen Discovery

**STIPULATION TO REVISE BRIEFING AND HEARING SCHEDULE
ON DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER
TO REOPEN DISCOVERY**

The parties hereby stipulate and jointly ask the Court to order the following revised schedule for briefing and hearing on Defendants' recently filed Motion to Amend Scheduling Order to Reopen Discovery (ECF 226):

- Plaintiffs' Opposition to the Motion to Amend Scheduling Order to Reopen Discovery shall be due March 10, 2026;

- Defendants' Reply shall be due March 20, 2026;

- The hearing on Defendants' Motion to Amend Scheduling Order to Reopen Discovery shall be set for April 16, 2026.  Counsel arguing the motion shall appear in person, while other counsel may appear remotely.

Pursuant to Local Rule 6-2, in support of this stipulated change in deadlines, the parties state as follows:

On February 10, 2026, Defendants filed a Motion to Amend Scheduling Order to Reopen Discovery and noticed it for hearing on April 2, 2016. ECF 226. Under the default schedule for noticed motions, Plaintiffs' opposition would be due on Tuesday, February 24, 2026. ECF 226; LR 7-3(a). On February 11, 2026, the clerk of court issued a notice vacating the hearing date, stating that April 2 was not the Court's next available hearing date when the motion was filed, and directing counsel to re-notice the motion to an available hearing date. ECF 227. The notice stated that the briefing schedule remains in effect. *Id.*

Subject to the Court's approval, the parties have agreed to set the hearing on Defendants' Motion to Amend Scheduling Order to Reopen Discovery for April 16, 2026. That date is the next available hearing date now currently listed in the Court's online scheduling notes. Counsel arguing the motion are available to attend in person.

Plaintiffs' counsel have pre-scheduled travel and time out of the office during much of the coming two weeks. They also have many other pressing deadlines in this and other cases in the coming weeks. These travel plans and other deadlines together made it infeasible for counsel to prepare and file an opposition to the motion within the default two-week deadline. Plaintiffs and

Defendants have agreed that, to accommodate these scheduling restrictions, they request the Court extend Plaintiffs' deadline to file an opposition to the motion to March 10, 2026, and Defendants' deadline to file a reply to March 20, 2026. This revised briefing schedule will not delay the hearing on the motion.

The parties have previously stipulated and filed unopposed motions to modify various briefing schedules in this case. ECF 20, 21, 36, 37, 78, 79, 141, 142, 219, 220. There have been no prior modifications of the briefing schedule for Defendants' Motion to Amend Scheduling Order to Reopen Discovery.

The stipulated revision to the briefing and hearing schedule will not otherwise affect the schedule in this case, as the revised briefing schedule will allow briefing to be complete well before the re-set April 16, 2026 hearing date, and that date is the first available hearing date on the Court's schedule.

Dated:  February 12, 2026                    Respectfully submitted,

**ALTSHULER BERZON LLP**
MICHAEL RUBIN
MATTHEW J. MURRAY

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY
KEITH EHRMAN

**LAW OFFICE OF WILLIAM REILLY**
WILLIAM REILLY


By: /s/ *Michael Rubin*
        Michael Rubin
        Attorneys for Plaintiffs


**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: /s/ *Elizabeth M. Soveranez (with permission)*
        Mark G. Kisicki
        Elizabeth M. Soveranez
        2415 East Camelback Road, Suite 800
        Phoenix, AZ 85016

        Mark Schmidtke
        56 S. Washington Street, Suite 302

Valparaiso, IN 46383

Erika L. Leonard
301 Congress Avenue, Suite 1150
Austin, TX 78701

Attorneys for Defendants

**Local Rule 5-1(i)(3) E-Signature Attestation**

I attest that each of the other Signatories have concurred in the filing of this document.

/s/ *Michael Rubin*
Michael Rubin

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:    2/13/2026    *Haywood S. Gilliam, Jr.*

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California

Stipulation to Revise Briefing and Hearing Schedule on
Defendants' Motion to Amend Scheduling Order to Reopen Discovery