OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., SBN 00504800
Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
Elizabeth M. Soveranez (AZ SBN 024009) admitted pro hac vice
elizabeth.soveranez@ogletreedeakins.com
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Tel.: 602.778.3700
Fax: 602.778.3750

Mark Schmidtke (IN SBN 1733-45) admitted pro hac vice
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Tel.: 219.242.8668
Fax: 219.242.8669
mark.schmidtke@ogletreedeakins.com

Erika L. Leonard (GA SBN 565965) admitted pro hac vice
301 Congress Avenue, Suite 1150
Austin, TX 78701
Tel.: 512.344.4700
Fax: 512.344.4701
erika.leonard@ogletree.com

*Attorneys for Defendants*
(Counsel for Plaintiffs listed on the next page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated, | Case No. 4:16-CV-05544-HSG |
| Plaintiffs, | **CLASS ACTION** |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER TO REOPEN DISCOVERY** |
| MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan, | |
| Defendants. | |

Stipulation for Extension of Time for Defendants to Respond to Plaintiffs' Opposition to
Defendants' Motion to Amend Scheduling Order to Reopen Discovery

Michael Rubin (SBN 80618)
mrubin@altber.com
Matthew Murray (SBN 271461)
mmurray@altber.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Cliff Palefsky (SBN 77683)
cp@mhpsf.com
Keith Ehrman (SBN 106985)
keith@mhpsf.com
MCGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292
Facsimile: (415) 403-0202

William B. Reilly (SBN 177550)
Law Office of William Reilly
86 Molino Avenue
Mill Valley, CA 94941
Telephone: (415) 225-6215
Facsimile: (415) 634-2897
bill@williambreilly.com
*Attorneys for Plaintiffs*

Stipulation for Extension of Time for Defendants to Respond to Plaintiffs' Opposition to
Defendants' Motion to Amend Scheduling Order to Reopen Discovery

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDENTS TO RESPOND TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER TO REOPEN DISCOVERY**

The parties stipulate and jointly ask the Court to extend Defendants' deadline to reply to Plaintiffs' Opposition to Defendants' Motion to Amend Scheduling Order ("Motion") by one week.  If granted by the Court, Defendants' reply will be due on March 27, 2026, rather than on the current deadline of March 20, 2026.  This one-week extension will not delay the resolution of the Motion, as the current hearing date is April 16, 2026, 20 days after the new deadline for the reply proposed in this request.

This is the parties' second request to extend the briefing deadlines on this Motion. The first request was in response to Plaintiffs asking Defendants for a two-week extension of their deadline to oppose the Motion. Defendants agreed, and the parties filed that stipulated extension [ECF 229] request on February 12, 2026.  The Court granted it the next day.  [ECF 230.]  The parties have also previously stipulated or filed unopposed motions to modify various deadlines in this case, which the Court granted.  *See*, ECF 20, 21, 36, 37, 65, 66, 78, 79, 129, 132, 141, 142, 151, 152, 219, and 220.

Defendants sought this extension because of the scheduling conflicts of the two attorneys primarily responsible for drafting the Motion and this reply, Elizabeth Soveranez and Erika Leonard.  On March 9, 2026, Ms. Soveranez unexpectedly had to travel out of state to assist on an emergency matter for another client.  She is not scheduled to return to Arizona until March 20, 2026. Beginning tomorrow through next week, Ms. Leonard's children are on spring break and she will not be working due to family commitments.

Dated:  March 13, 2026

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ *Mark G. Kisicki*
 Mark G. Kisicki
 Elizabeth M. Soveranez
 2415 East Camelback Road, Suite 800
 Phoenix, AZ 85016

 Mark Schmidtke
 56 S. Washington Street, Suite 302
 Valparaiso, IN 46383

 Erika L. Leonard
 301 Congress Avenue, Suite 1150
 Austin, TX 78701

 Attorneys for Defendants


**ALTSHULER BERZON LLP**
MICHAEL RUBIN
MATTHEW J. MURRAY

**MCGUINN, HILLSMAN & PALEFSKY**
CLIFF PALEFSKY
KEITH EHRMAN

**LAW OFFICE OF WILLIAM REILLY**
WILLIAM REILLY


By: /s/ *Michael Rubin* (*w/ permission*)
 Michael Rubin

 Attorneys for Plaintiffs


### Local Rule 5-1(i)(3) E-Signature Attestation

I attest that each of the other Signatories have concurred in the filing of this document.

/s/ *Mark G. Kisicki*
Mark G. Kisicki

**<u>Order</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:    3/16/2026

THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge
Northern District of California

Stipulation for Extension of Time for Defendants to Respond to Plaintiffs' Opposition to
Defendants' Motion to Amend Scheduling Order to Reopen Discovery