Michael Rubin (SBN 80618)
Matthew J. Murray (SBN 271461)
Marisa C. Lowe (SBN 366248)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: mrubin@altber.com
mmurray@altber.com
mlowe@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
220 Jackson Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
Email: cp@mhpsf.com
keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone: (415) 225-6215
Facsimile: (415) 634-2897
Email: bill@williambreilly.com

*Attorneys for Plaintiffs and the Certified Class*

*[Attorneys for Defendants on the next page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | Case No. 4:16-CV-05544-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: PAYMENT OF SETTLEMENT PROCEEDS TO HEIRS OF DECEASED CLASS MEMBERS**<br><br>Hearing Date: October 15, 2026<br>Time: 2:00 p.m.<br>Courtroom: 2, Floor 4<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Action Filed: September 29, 2016 |

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,
Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
elizabeth.soveranez@ogletreedeakins.com
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750

Mark Schmidtke (IN SBN 1733-45) admitted *pro hac vice*
mark.schmidtke@ ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219.242.8668
Fax: 219.242.8669

Erika L. Leonard erika.leondard@ogletree.com
301 Congress Avenue, Suite 1150
Austin, TX 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701

*Attorneys for Defendants*

**STIPULATION RE: PAYMENT TO HEIRS OF DECEASED CLASS MEMBERS**

WHEREAS, the parties reached a settlement of this action in June 2026 and executed a Memorandum of Understanding ("MOU") on June 30, 2026 containing the essential terms of the settlement;

WHEREAS, on August 3, 2026, the Court granted Plaintiffs' Motion for Preliminary Approval;

WHEREAS, under the terms of the MOU, Defendant Microchip is to issue two settlement checks to each class member, with the first check representing unpaid severance benefits and the second check representing interest on the unpaid severance calculated from the date of the class member's termination of employment through the Effective Date of the settlement;

WHEREAS, under the terms of the MOU, the first check for unpaid severance is to be treated as wage income with payroll taxes withheld, while the second check for interest is not to be treated as wage income and will not have payroll taxes withheld;

WHEREAS, under the terms of the MOU and as explained in the Court-approved Notice sent to class members, in order to receive the two settlement checks a class member must complete and submit to Microchip an IRS Form W-4 and an IRS Form W-9;

WHEREAS, under the terms of the MOU, the IRS Form W-4 is to be used in connection with the payment representing severance benefits, because the parties contemplated that this payment would be treated as wage income, with payroll taxes withheld;

WHEREAS, plaintiffs' counsel recently learned that class member Nora Davanzo-Ward died in April 2018; class member Debra Wiley died in August 2018; and class member David Sabo died in July 2025;

WHEREAS, under the terms of the MOU and as agreed upon by the parties in July 2026, Ms. Davanzo-Ward was entitled to a settlement payment totaling more than $16,600; Ms. Wiley was entitled to a settlement payment totaling more than $17,400; and Mr. Sabo was entitled to a settlement payment totaling more than $79,800 (the exact totals will be determined after interest is calculated through the Effective Date, following final approval of the settlement);

WHEREAS, as to class member Ms. Davanzo-Ward, for the reasons set forth in the accompanying

Declaration of Keith Ehrman, the parties are satisfied that the sole legal heir of her estate is her husband Robert Benjamin Ward, and that Robert Benjaim Ward is entitled to receive 100% of the settlement payment owed to Ms. Davanzo-Ward in this action;

WHEREAS, as to class member Debra Wiley, for the reasons set forth in the accompanying Declaration of Keith Ehrman, the parties are satisfied that the sole legal heir of her estate is her only child, Renessa Wiley White, and that Renessa Wiley White is entitled to receive 100% of the settlement payment owed to Debra Wiley in this action;

WHEREAS, Plaintiffs' counsel and Defendant's counsel have conferred and agree that asking the heirs of deceased class members to submit a Form W-4 and have payroll taxes withheld (as if the heir had been an employee of Microchip) is neither necessary nor appropriate;

WHEREAS, Plaintiffs' counsel and Defendants' counsel agree that the most appropriate way for the heirs of Ms. Davanzo-Ward and Ms. Riley to receive the class member's settlement payment is to have the heir complete *only* an IRS Form W-9 in his or her own name and submit the Form W-9 to Microchip, without the need to submit an IRS Form W-4, and for Microchip to then issue a single check payable to the heir for the full amount of the class members' settlement sum (unpaid severance benefits plus interest), with no payroll taxes withheld;

THEREFORE, the parties ask the Court for permission to deviate from the payment process prescribed by the terms of the MOU with respect to the heirs of deceased class members Debra Wiley and Nora Davanzo-Ward, such that the heirs do not need to submit a Form W-4 and instead may submit to Microchip only a Form W-9 in the name of the heir, and Microchip may thereafter issue a single settlement check payable directly to the heir, representing payment of both the unpaid severance benefits and interest thereon, with no payroll withholding.

IT IS SO STIPULATED.

Dated: October 8, 2026

*/s/ Keith Ehrman*
Keith Ehrman
Attorney for Plaintiffs and Class Members

Dated: October 8, 2026

*/s/ Elizabeth Soveranez*
Elizabeth Soveranez
Attorney for Defendants

SIGNATURE ATTESTATION PURSUANT TO

CIVIL LOCAL RULE Civil L.R. 5-1(h)(3)

I, Keith Ehrman, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from Elizabeth Soveranez, attorney for Defendants, as indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Keith Ehrman*
Keith Ehrman
Attorney for Plaintiff

## ORDER

THE COURT HAVING CONSIDERED THE STIPULATION AND EVIDENCE SUBMITTED BY THE PARTIES, AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED AS FOLLOWS:

1. With respect to class member Nora Davanzo-Ward, her sole legal heir Robert Benjamin Ward may submit an IRS Form W-9 to Microchip in his own name, and Microchip shall thereafter issue a check payable to Robert Benjamin Ward for the full settlement amount to which Nora Davanzo-Ward is entitled under the settlement (unpaid severance benefits plus interest) with no payroll taxes withheld. Robert Benjamin Ward shall not be required to submit a Form W-4 to Microchip.

2. With respect to deceased class member Debra Wiley, her sole legal heir Renessa Wiley White may submit an IRS Form W-9 to Microchip in her own name, and Microchip shall

thereafter issue a check payable to Renessa Wiley White for the full settlement amount to which Debra Wiley is entitled under the settlement (unpaid severance benefits plus interest) with no payroll taxes withheld. Renessa Wiley White shall not be required to submit a Form W-4 to Microchip.

Dated: 10/9/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge