Michael Rubin (SBN 80618)
Matthew J. Murray (SBN 271461)
Marisa C. Lowe (SBN 366248)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: mrubin@altber.com
mmurray@altber.com
mlowe@altber.com

Cliff Palefsky (SBN 77683)
Keith Ehrman (SBN 106985)
MCGUINN, HILLSMAN & PALEFSKY
220 Jackson Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 421-9292
Facsimile: (415) 403-0202
Email: cp@mhpsf.com
keith@mhpsf.com

William B. Reilly (SBN 177550)
LAW OFFICE OF WILLIAM REILLY
86 Molino Avenue
Mill Valley, CA 94941
Telephone: (415) 225-6215
Facsimile: (415) 634-2897
Email: bill@williambreilly.com

*Attorneys for Plaintiffs and the Certified Class*

*[Attorneys for Defendants on the next page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,

Plaintiffs,

v.

MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,

Defendants.

Case No. 4:16-CV-05544-HSG

**CLASS ACTION**

**STIPULATION AND ORDER RE: AMENDMENT TO PROTECTIVE ORDER TO ALLOW THIRD PARTIES TO ASSIST IN LOCATING CLASS MEMBERS**

.

Action Filed: September 29, 2016

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.,
Mark G. Kisicki (CA SBN 150057)
mark.kisicki@ogletreedeakins.com
Elizabeth M. Soveranez (AZ SBN 024009) admitted *pro hac vice*
elizabeth.soveranez@ogletreedeakins.com
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750

Mark Schmidtke (IN SBN 1733-45) admitted *pro hac vice*
mark.schmidtke@ ogletreedeakins.com
56 S. Washington Street, Suite 302
Valparaiso, IN 46383
Telephone: 219.242.8668
Fax: 219.242.8669

Erika L. Leonard erika.leondard@ogletree.com
301 Congress Avenue, Suite 1150
Austin, TX 78701
Telephone: (512) 344-4700
Facsimile: (512) 344-4701

*Attorneys for Defendants*

**STIPULATION RE: AMENDMENT TO PROTECTIVE ORDER TO ALLOW THIRD PARTIES TO ASSIST IN LOCATING CERTAIN CLASS MEMBERS**

WHEREAS, plaintiffs' counsel have been unable to confirm current contact information for seven class members despite extensive efforts and so have been unable to communicate with those seven class members regarding the settlement of this action and what steps those class members must take in order to receive their portion of the settlement proceeds;

WHEREAS, plaintiffs' counsel may wish to retain the services of third parties who have expertise in finding such contact information so that plaintiffs' counsel will be able to communicate with these seven class members and send them the individualized Notices that other class members have received;

WHEREAS, the parties entered into a Stipulated Protective Order on October 30, 2018;

WHEREAS, under Paragraph 7.4 of the Stipulated Protective Order, the parties could designate certain material as "Attorneys Eyes Only";

WHEREAS, under the terms of the June 30, 2026 Memorandum of Understanding executed by the parties, defendant is obligated to share information with plaintiffs' counsel that may be useful in obtaining updated contact information for class members;

WHEREAS, defendant is prepared to share such information with plaintiffs' counsel about these seven class members but such information includes confidential and private personal information and so will be designated "Attorneys Eyes Only" under the terms of the Stipulated Protective Order;

WHEREAS, under the terms of the Stipulated Protective Order, if defendant designates such material "Attorneys Eyes Only", plaintiffs' counsel would not be permitted to share that information with third parties;

WHEREAS, the parties wish to amend the Stipulated Protective Order such that information designated "Attorneys Eyes Only" may be disclosed to third parties retained by plaintiffs' counsel for the specific limited purpose of helping find current contact information for these seven class members;

THEREFORE, the parties ask the Court to enter an Order amending the October 30, 2018

Stipulated Protective Order such that, with respect to confidential information shared by defendant with plaintiffs' counsel for the purpose of helping plaintiffs' counsel locate current contact information for class members, plaintiffs' counsel may disclose such information to third parties retained for the specific and limited purpose of helping to find current contact information, even though such information has been designated "Attorneys Eyes Only",

IT IS SO STIPULATED.

Dated: October 26, 2026

*/s/ Keith Ehrman*
Keith Ehrman
Attorneys for Plaintiffs and Class Members

Dated: October 26, 2026

*/s/ Elizabeth Soveranez*
Elizabeth Soveranez
Attorneys for Defendants

SIGNATURE ATTESTATION PURSUANT TO CIVIL LOCAL RULE Civil L.R. 5-1(h)(3)

I, Keith Ehrman, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that concurrence in the filing of the document has been obtained from Elizabeth Soveranez, attorney for Defendants, as indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Keith Ehrman*
Keith Ehrman
Attorney for Plaintiff

**ORDER**

THE COURT HAVING CONSIDERED THE STIPULATION ABOVE AND GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED AS FOLLOWS:

1. With respect to the Stipulated Protective Order which was signed by the Court on October 30, 2018, Paragraph 7.4 is amended with respect to certain information designated

"Attorneys Eyes Only". Specifically, if defendant provides plaintiffs' counsel with confidential personal information of class members in order to help plaintiffs' counsel locate those class members, plaintiffs' counsel may disclose such confidential personal information to third parties who have been retained for the specific and limited purpose of helping find current contact information of the class members, even though such information has been designated "Attorneys Eyes Only".

Dated: 10/26/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge