**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PETER SCHUMAN, an individual, and WILLIAM COPLIN, an individual, on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROCHIP TECHNOLOGY INCORPORATED, a corporation; ATMEL CORPORATION, a corporation; and ATMEL CORPORATION U.S. SEVERANCE GUARANTEE BENEFIT PROGRAM, an employee benefit plan,<br><br>Defendants. | Case No. 4:16-CV-05544-HSG<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

WHEREAS, plaintiffs Peter Schuman and William Coplin, on behalf of themselves and on behalf of the Certified Class, and Microchip Technology Inc., Atmel Corp, and Atmel Corp. U.S. Severance Guarantee Benefit Program ("Defendants") entered into a Memorandum of Understanding ("MOU") (ECF 251-3 at 8-13) on July 2, 2026 that provides for resolution of all claims asserted against Defendants in this certified class action, *Peter Schuman and William Coplin v. Microchip Technology Inc., Atmel Corp., and Atmel Corp. U.S. Severance Guarantee Benefit Program*, Case No. 4:16-cv-05544-HSG (the "Action"), on the terms and conditions set forth in the MOU, subject to the approval of this Court;

WHEREAS, on August 3, 2026, the Court entered the Order Granting Motion for Preliminary Approval (ECF 255);

WHEREAS, the Court conducted a hearing on October 15, 2026 to consider plaintiffs' Motion for Final Approval of Class Action Settlement (ECF 259) and Motion for Attorneys' Fees and Expenses, and Service Awards (ECF 258); and

WHEREAS, the Court on October 28, 2026 entered an Order granting Final Approval of the Class Action Settlement and awarding attorneys' fees and expenses to Class Counsel, and service awards to Plaintiffs Schuman and Coplin (ECF 268), and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED.

1. The Court hereby enters Judgment in accordance with, and subject to, the terms set forth in the Order Granting Final Approval of Class Action Settlement ("Final Approval Order").

2. The claims of the one class member who opted out are dismissed without prejudice. The claims of the two named plaintiffs and all other class members are dismissed with prejudice.

3. The Court hereby retains jurisdiction over this Action, the parties, and the class members to effectuate and ensure compliance with the MOU, Final Approval Order, and this Judgment.

Dated: October 28, 2026

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Judge